UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Tzvi Moskovits, *individually and on behalf of all others similarly situated,*

　　Plaintiff,

　v.

GC Services Limited Partnership
　　Defendants.

Case #: 1:17-cv-05156-MKB-RLM

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff and Defendant, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice, and without costs to either party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 12, 2018

| For Plaintiff Tzvi Moskovits | For Defendant GC Services Limited Partnership |
|---|---|
| */s/ Daniel Kohn*<br>Daniel Kohn<br>**RC Law Group, PLLC**<br>285 Passaic Street<br>Hackensack, NJ 07601<br>dkohn@rclawgroup.com | */s/ Emily B. Kirsch*<br>Emily B. Kirsch<br>**Kirsch & Niehaus**<br>150 East 58th Street<br>New York, NY 10155<br>emily.kirsch@kirschniehaus.com |

SO ORDERED:
s/ MKB 6/13/2018

_____
MARGO K. BRODIE
United States District Judge

1